UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNA STOKLOSA, Individually and on Behalf of All Others Similarly Situated | CIVIL ACTION |
| VERSUS | NO. 21-162-SDD-SDJ |
| STUPP BROS., INC. d/b/a STUPP CORPORATION | |

ORDER

The Plaintiff having filed a *Voluntary Dismissal with Prejudice*;[1]

**IT IS ORDERED** that the above-captioned and entitled action brought against defendant, is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Signed in Baton Rouge, Louisiana, on January 26, 2024.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 32.